UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Arbitration )
Between )
)
SMITH COGENERATION (Bangladesh) PVT. LTD., )
210 West Park Ave., Suite 810 )
Oklahoma City, Oklahoma 73102 )
) No. _____
                                        Petitioners, )
and )
)
BANGLADESH POWER DEVELOPMENT BOARD )
and THE GOVERNMENT OF BANGLADESH, represented )
by the Ministry of Energy and Mineral Resources )
)
Respondents. )

To:  Bangladesh Power Development Board          Government of Bangladesh
     Attn: Mr. Md Iqbal Hossain Khan              The Minister of Energy and Mineral Resources
     Wapda Building                                Bangladesh Secretariat
     Motijheel C/A                                 Building No. 6
     Dhaka 1000                                    Dhaka 1000 Bangladesh
     Bangladesh

*NOTICE OF PETITION TO CONFIRM A FOREIGN ARBITRAL AWARD*

PLEASE TAKE NOTICE that petitioner Smith Cogeneration (Bangladesh) Pvt. Ltd. ("Petitioner"), has filed the attached Petition for Confirmation of a Foreign Arbitral Award, dated October 24, 2006, and its attached exhibits (the "Petition") with the United States District Court for the District of Columbia on this day. The Petition seeks an order pursuant to 9 U.S.C. §§ 201 *et seq.* (1) entering a judgment that confirms arbitration awards issued by the International Court of Arbitration of the International Chamber of Commerce (the "ICC Court") in Case No. 10372/OL/ESR/MS, against respondents Bangladesh Power Development Board and the Government of Bangladesh, confirmed by the ICC Court on October 2, 2202 and November 4, 2003; (2) awarding Petitioner costs and disbursements in this proceeding; (3) awarding

Petitioner costs and disbursements in enforcing the judgment entered by this Court; and (4) awarding Petitioner any and all other relief that the Court deems just and proper. Any filing in respect to the Petition must be submitted to this Court.

          Respectfully submitted,

          */s/ Donna M. Francescani*
          Douglas G. Robinson (DC Bar No. 10850)
          Donna M. Francescani (DC Bar No. 454433)
          Skadden Arps Slate Meagher & Flom LLP
          1440 New York Avenue, NW
          Washington, DC 20005
          (202) 371 7000
          (202) 661 9105 (fax)
          *Attorneys for Smith Cogeneration*
          *(Bangladesh) Pvt. Ltd.*

Dated: October 24, 2006

*CERTIFICATE OF SERVICE*

I hereby certify that a true and correct copy of the foregoing Notice of Petition to Confirm a Foreign Arbitral Award was served via Federal Express, signature required, on October 24, 2006, on all parties as follows:

Bangladesh Power Development Board
Attn: Mr. Md Iqbal Hossain Khan
Wapda Building
Motijheel C/A
Dhaka 1000
Bangladesh

Government of Bangladesh
The Minister of Energy and Mineral Resources
Bangladesh Secretariat
Building No. 6
Dhaka 1000 Bangladesh

Donna M. Francescani