UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>SMITH COGENERATION (Bangladesh) Pvt. Ltd.,<br>210 West Park Ave., Suite 810<br>Oklahoma City, Oklahoma 73102<br><br>Petitioners,<br><br>and<br><br>BANGLADESH POWER DEVELOPMENT BOARD<br>and<br>THE GOVERNMENT OF BANGLADESH, represented<br>by the Ministry of Energy and Mineral Resources,<br><br>Respondents. | No._____ |

*RULE LCvR7.1 CERTIFICATION*

I, the undersigned, counsel of record for Petitioner Smith Cogeneration (Bangladesh) Pvt. Ltd. ("Smith Cogeneration"), certify that to the best of my knowledge and belief, no parent companies, subsidiaries or affiliates of Petitioner Smith Cogeneration have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Douglas G. Robinson (DC Bar No. 10850)
Donna Francescani (DC Bar No. 454433)
Skadden Arps Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20006
(202) 371-7000
(202) 661-9105 (fax)
*Attorneys for Smith Cogeneration*
*(Bangladesh) Pvt. Ltd.*

Dated:    October 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Rule L.CvR7.1 Certification was served via International Federal Express, on October 24, 2006, on the following:

Bangladesh Power Development Board
Attn: Mr. Md Iqbal Hossain Khan
Wapda Building
Motijheel C/A
Dhaka 1000
Bangladesh

Government of Bangladesh
The Minister of Energy and Mineral Resources
Bangladesh Secretariat
Building No. 6
Dhaka 1000
Bangladesh

Donna M. Francescani