UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SMITH CONGREGATION (BANGLADESH), PVT. LTD, ) ) ) ) Plaintiff, ) ) v. ) ) BANGLADESH POWER ) DEVELOPMENT BOARD, *et al.*, ) ) Defendants. ) ) | Civil Action No. 06-1827 (RMC) |

## ORDER TO SHOW CAUSE

Plaintiffs filed a petition to confirm an arbitral award on October 24, 2006. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before June 29, 2007, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: May 30, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge