UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SMITH COGENERATION (BANGLADESH) PVT. LTD., | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 06-1827 (RMC) |
| BANGLADESH POWER DEVELOPMENT BOARD, et al., | ) ) ) ) | |
| Respondents. | ) ) | |

## ORDER

Smith Cogeneration (Bangladesh) Pvt. Ltd. petitions this Court to confirm a foreign arbitral award issued against Bangladesh Power Development Board and the Government of Bangladesh.

Service of process was effected on Respondents pursuant to the terms of a power purchase agreement between Smith Cogeneration and the Bangladesh Power Development Board. However, Respondents have not filed any responsive pleadings in this matter. Finding that this Court has jurisdiction to consider this petition under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958, 9 U.S.C. §§ 201 *et seq.*, it is hereby

**ORDERED** that the Court's May 30, 2007, Order to show cause is discharged and the Petition to Confirm a Foreign Arbitration Award [Dkt. #1] is **GRANTED**; and it is

**FURTHER ORDERED** that the arbitral awards to Petitioner, rendered in London by the International Court of Arbitration of the International Chamber of Commerce on September

2, 2002, and October 30, 2003, are **CONFIRMED** pursuant to the Convention on the Enforcement of Foreign Arbitral Awards of June 10, 1958, 9 U.S.C. §§ 201 *et seq.*

      Accordingly, this case is closed.  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

      **SO ORDERED**.

Date: July 20, 2007                                          /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge