# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SMITH COGENERATION (BANGLADESH) PVT. LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> BANGLADESH POWER DEVELOPMENT BOARD, <br><br> *Defendant*. | Civil Action No. 1:06-cv-01827 (CJN) |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to Take Depositions, ECF 10, it is

**ORDERED** that the motion is GRANTED.  It is

**FURTHER ORDERED** that Defendant The Government of Bangladesh, Dr. Salehuddin Ahmed, and Ahsan H. Mansur shall appear at the offices of Duane Morris LLP, at 901 New York Ave. NW, Suite 700-East, Washington, DC 20001, for depositions on or about October 23, 2024.

DATE:  October 17, 2024

*[signature]*

CARL J. NICHOLS
United States District Judge

1