UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Smith Cogeneration (Bangladesh) Pvt. Ltd., <br><br> Petitioner, <br><br> v. <br><br> Bangladesh Power Development Board and the Government of Bangladesh, <br><br> Respondents. | No. 06-cv-1827-CJN |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on the 19th day of May, 2024 in favor of Smith Cogeneration (Bangladesh) Pvt. Ltd., and against Bangladesh Power Development Board in the amount of $ 13,539,173.90, plus interest from the 20th day of July, 2007, and against the Government of Bangladesh in the amount of $ 221,629.68, plus interest from the 20th day of July, 2007, said judgment with interest having been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

\\

Dated: May 28, 2025

/s/ Brian H. Pandya
Brian H. Pandya
DUANE MORRIS LLP
901 New York Avenue, N.W.
Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776-7807
Fax: (202) 478-2811
E-mail: bhpandya@duanemorris.com

*Counsel for Petitioner*

DISTRICT OF COLUBMIA            )
                                )  ss.:
                                )

On the 28th day of May, 2025 before me personally came Brian Pandya to me known and known to be a member of the firm of Duane Morriss LLP, attorneys for Petitioner in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public



## CERTIFICATE OF SERVICE

    I hereby certify that on May 28, 2025, the foregoing Satisfaction of Judgment was filed via CM/ECF, causing all counsel of record to be electronically served.

/s/ Brian H. Pandya